**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: CECILIA A. LINDLEY                                         Case Number: 06-72153
1322 - 12TH STREET, #4
ROCKFORD, IL  61104                    SSN-xxx-xx-2133

                                                                  Case filed on:      11/16/2006
                                                                  Plan Confirmed on:   2/5/2007

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan:  $800.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 751.06 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 751.06 | 0.00 |
| 999 | CECILIA A. LINDLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | B-REAL LLC | 883.92 | 883.92 | 0.00 | 0.00 |
| 002 | CREDITORS BANKRUPTCY SERVICE | 520.21 | 520.21 | 0.00 | 0.00 |
| 003 | FIRST REVENUE ASSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | JACK MITCHELL MOTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | RECEIVABLES PERFORMANCE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ROUNDUP FUNDING LLC | 1,337.40 | 1,337.40 | 0.00 | 0.00 |
| 007 | CHASE BANK USA NA | 2,266.68 | 2,266.68 | 0.00 | 0.00 |
|  | Total Unsecured | 5,008.21 | 5,008.21 | 0.00 | 0.00 |
|  | Grand Total: | 8,008.21 | 8,008.21 | 751.06 | 0.00 |

Total Paid Claimant:     $751.06
Trustee Allowance:       $48.94         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00          discharging the trustee and the trustee's surety from any and all
                                        liablility on account of the within proceedings, and closing the estate,
                                        and for such other relief as is just.  Pursuant to FRBP, I hereby
                                        certify that the subject case has been fully administered.

Report Dated:

                                                  /s/ Lydia S. Meyer
                                                 Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008            By  /s/Heather M. Fagan